UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIATIC MARINE, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2903** |
| **C&C BOAT WORKS, L.L.C.** | **SECTION "S" (3)** |

### ORDER AND REASONS

**IT IS ORDERED** that the Motion for Reconsideration filed by Skansi Marine, L.L.C. is **DENIED**. (Rec. Doc. 32).

### BACKGROUND

As more fully set forth in this Court's previous Order and Reasons dated August 30, 2007, Adriatic Marine, L.L.C. filed a petition for declaratory judgment in the Twenty-Fifth Judicial District Court for the Parish of Plaquemines against C&C Boat Works, L.L.C. and Skansi Marine, L.L.C. Thereafter, Skansi removed the case to this Court, arguing that jurisdiction was proper under federal copyright law. Subsequently, Adriatic, Anthony Cibilich (a third-party defendant), and C&C filed a motion to remand. This Court granted the motion to remand, holding that it lacked jurisdiction under federal copyright law. Skansi has filed a motion to reconsider this Court's previous order remanding the case.

### LAW AND ANALYSIS

"An order remanding a case to the State court from which it was removed is not reviewable

on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to section 1443 of this title shall be reviewable by appeal or otherwise." 28 U.S.C. § 1447(d). The Court's ability to reconsider is limited to discretionary remand orders, not orders based upon lack of subject matter jurisdiction. *Thomas v. LTV Corp.*, 39 F.3d 611, 615-16 (5th Cir.1994); *In re Shell Oil Company,* 932 F.2d 1523, 1528 (5th Cir.1991). "Not only may the order not be appealed, but the district court itself is divested of jurisdiction to reconsider the matter. Thus, even if it later decides the order was erroneous, a remand order cannot be vacated even by the district court." *New Orleans Public Service v. Majoue*, 802 F.2d 166, 167 (5th Cir.1986).

Because this matter was remanded based on a lack of subject matter jurisdiction, this Court lacks jurisdiction to reconsider its prior order.

## **CONCLUSION**

The Motion for Reconsideration filed by Skansi Marine, L.L.C. is **DENIED**.

New Orleans, Louisiana, this ___12th___ day of October, 2007.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**